# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TOBY HILL,**

        **Petitioner,**

    **v.**                                        **Case No. 06-C-0574**

**WILLIAM POLLARD,**

        **Respondent.**

# DECISION AND ORDER

On May 10, 2006, Toby Hill ("Hill") filed his habeas petition pursuant to 28 U.S.C. § 2254. On June 1, 2006, the Court received a missive from Hill asking the Court to stay consideration of his petition while he attempts to exhaust certain issues in the state courts. Hill has raised only the claim of ineffective assistance of counsel in his petition, and, according to his petition, that claim was raised before both the state court of appeals and the state supreme court. Thus, the Court is not certain what claim Hill seeks to exhaust. Nevertheless, Hill's letter suggests that he may want to amend his petition in the next 90 days.

The Court will stay its Rule 4 preliminary analysis of Hill's petition for 90 days. If Hill has not submitted an amended petition by September 25, 2006, the Court will understand that he wishes to move forward on the petition he originally filed.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Hill's Motion to Stay (Docket No. 2) is **GRANTED**. Rule 4 preliminary review of Hill's habeas petition is **STAYED** until September 25, 2006.

Dated at Milwaukee, Wisconsin this 20th day of June, 2006.

                              **BY THE COURT**

                              s/ Rudolph T. Randa
                              **Hon. Rudolph T. Randa**
                              **Chief Judge**